IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOEL BORG, derivatively on behalf of RA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEAN IRWIN, et al., <br><br> Defendants. | Civil Action No. 19-1847-RGA |

## **ORDER**

WHEREAS, the above-captioned case was stayed on October 21, 2019, due to litigation that is presently pending in the U.S. District Court for the Southern District of California (see *Derr v. Ra Medical Systems, Inc., et al.*, Case No. 3:19-cv-1079-LAB-AHG) (D.I. 6);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

October 21, 2019
DATE

UNITED STATES DISTRICT JUDGE