IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOEL BORG, derivatively on behalf of RA MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEAN IRWIN, MELISSA BURSTEIN, MARTIN BURSTEIN, ANDREW JACKSON, RICHARD HEYMANN, MAURICE BUCHBINDER, MARTIN COLOMBATTO, RICHARD MEJIA, JR., WILLIAM R. ENQUIST, JR., and MARK E. SAAD, <br><br> Defendants, <br><br> And <br><br> RA MEDICAL SYSTEMS, INC., <br><br> Nominal Defendant. | Case No. 19-cv-1847-RGA |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Noel Borg ("Plaintiff") hereby voluntarily dismisses the above-captioned action against all defendants without prejudice. No defendant has filed an answer or moved for summary judgment. Neither Plaintiff nor Plaintiff's counsel has received or will receive directly or indirectly any consideration for the dismissal.

Dated: November 10, 2022                    Respectfully submitted,

                                               **FARNAN LLP**

By:  /s/ Michael J. Farnan
      Brian E. Farnan (Bar No. 4089)
      Michael J. Farnan (Bar No. 5165)
      919 N. Market St., 12th Floor
      Wilmington, DE 19801
      Telephone: (302) 777-0300
      Email: bfarnan@farnanlaw.com
      Email: mfarnan@farnanlaw.com

OF COUNSEL:

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Email: pkim@rosenlegal.com

*Counsel for Plaintiff*